# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

| | |
|---|---|
| JOHN J. COLEMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 1:19-cv-1263 (RDA/MSN) |
| v. ) | |
| ) | |
| U.S. DRUG ENFORCEMENT ) | |
| ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## JOINT STATUS REPORT

This is a Freedom of Information Act ("FOIA") action in which Plaintiff Dr. John Coleman seeks records from defendant U.S. Drug Enforcement Administration ("DEA") based on an August 12, 2019, FOIA request.

Plaintiff sought two categories of documents: (1) emails between former Acting DEA Administrator Chuck Rosenberg and a list of 13 individuals, almost all of whom are publicly noteworthy individuals such as John Brennan, James Clapper, James Comey, and Andrew McCabe (together, "Category One"); and (2) "any electronic or hard-copy records of the DEA special operations division (SOD) pertaining to any of the above named persons, or requests or assignments received from or sent to any of the above named persons by SOD persons, including SOD persons who are not employees of DEA but working jointly with the agency at the SOD" (together, "Category Two"). Dkt. 1 at 3. DEA sent an acknowledgment of this request to Plaintiff on October 2, 2019.

On December 4, 2019, the parties filed a joint status report indicating that almost all responsive records in Category One had been referred out to other agencies or components to review for their own FOIA interests; and that the parties had substantially narrowed the scope of

Category Two records and that DEA was close to finishing its initial search for records potentially responsive to the narrowed request. Dkt. 9. The parties requested that the Court require a joint status report every 30 days to give updates regarding the completion of Plaintiff's FOIA request. The Court granted that request on December 10, 2019. Dkt. 10. On January 3, 2020, the parties submitted their first joint status report pursuant to the Court's Order on December 10, 2019, and the parties submitted a second joint status report pursuant to the Court's Order on February 3, 2020.

The parties now provide the following update:

*Category One.* With the exception of 23 pages that were referred to DOJ's OIP on October, 29, 2019, this request has been completed.

Regarding these outstanding pages, these 23 pages consist of emails and attachments sent within a criminal-law task force that contains between 10 and 24 different law enforcement entities—each of which would normally be required to review the records before release because their FOIA interests may be implicated. These outstanding pages were disclosed to Plaintiff, with potential FOIA-related reeducations that may be eliminated (or confirmed) by the aforementioned law enforcement entities upon their review, on February 24, 2020. As such, this request is now complete.

*Category Two.* This request has been completed since the parties filed their previous status report on February 3, 2020.

//
//
//

Dated: March 2, 2020                                Respectfully submitted,

                                                    G. ZACHARY TERWILLIGER
                                                    UNITED STATES ATTORNEY

                                            *By*:  _____/s/_____
                                                    MATTHEW J. MEZGER
                                                    Assistant United States Attorney
                                                    Office of the United States Attorney
                                                    Justin W. Williams U.S. Attorney's Building
                                                    2100 Jamieson Avenue
                                                    Alexandria, Virginia 22314
                                                    Tel:    (703) 299-3741
                                                    Fax:    (703) 299-3983
                                                    Email: matthew.mezger@usdoj.gov
                                                    *Counsel for Defendant*

                                                    _____/s/_____
                                                    Dr. John J. Coleman
                                                    6981 Tepper Drive
                                                    Clifton, VA 20124-1600
                                                    Tel: 703-338-5710
                                                    Email: john.coleman.phd@gmail.com
                                                    *Plaintiff Pro Se*