## THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

JOHN J. COLEMAN,             )
                                  )
      Plaintiff,            )
                                  )      No. 1:19-cv-1263 (RDA/MSN)
      v.                  )
                                  )
U.S. DRUG ENFORCEMENT     )
ADMINISTRATION,          )
                                  )
      Defendant.         )
                                  )

## JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate

and agree that the action be dismissed with prejudice.

Dated: March 20, 2020                      Respectfully submitted,

G. ZACHARY TERWILLIGER
UNITED STATES ATTORNEY

*By*:

| | |
|---|---|
| _____/s/_____ | _____/s/_____ |
| MATTHEW J. MEZGER | Dr. John J. Coleman |
| Assistant United States Attorney | 6981 Tepper Drive |
| 2100 Jamieson Avenue | Clifton, VA 20124-1600 |
| Alexandria, Virginia 22314 | Tel: 703-338-5710 |
| Tel:   (703) 299-3741 | Email: john.coleman.phd@gmail.com |
| Fax:   (703) 299-3983 | *Plaintiff Pro Se* |
| Email:  matthew.mezger@usdoj.gov | |
| *Counsel for Defendant* | |